No. 02–10736. ARAUJO-AVILA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10737. MADRID *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 02–10738. RUIZ-MOTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 02–10739. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 02–10741. DIAZ-CLARK, AKA LNU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 02–10742. WHITESELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 02–10743. VILLAREAL-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 02–10746. EMBREY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10747. CHAVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10749. CARLISLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 02–10750. DINNALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10754. MARTINEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 02–10759. CORONA-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 02–10764. WALLS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–10765. WILLIAMSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮